BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JUN 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. NO. 213-CR-0217 TLN |
|                                    ) | |
|          Plaintiff,                ) | |
|                                    ) | ORDER TO SEAL |
|     v.                             ) | (UNDER SEAL) |
|                                    ) | |
| TERESA MARIE MARTY,                ) | |
| REBECCA BANDERA-MARTY, and         ) | |
| PAMELA ANN HARRIS,                 ) | |
|                                    ) | |
|          Defendants.               ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew D. Segal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: 6-20-13

_____
EDMUND F. BRENNAN
United States Magistrate Judge

3