**FILED**

June 25, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
         )
         Plaintiff,      )
v.          )
         )
TERESA MARIE MARTY,      )
         )
         Defendant.      )

Case No. 2:13-cr-00217-TLN

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release TERESA MARIE MATRY, Case No. 2:13-cr-00217-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_      Release on Personal Recognizance

\_X\_      Bail Posted in the Sum of: $ 50,000.00.

     \_X\_      Co-Signed Unsecured Appearance Bond by Michael and Shawn Marty.

     \_\_\_\_      Secured Appearance Bond

     \_X\_      (Other) Conditions as stated on the record.

     \_X\_      (Other) .

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   6/25/2013   at   3:05 pm

By                                             
        Edmund F. Brennan
        United States Magistrate Judge