1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   Fax 916.864.1359
4
   Attorney for Defendant
5  TERESA MARTY

6

7            **IN THE UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,           ) Case No.: 2:13-CR-00217-TLN
                                       )
11            Plaintiff,                ) **REQUEST FOR WAIVER OF**
                                       ) **DEFENDANT'S PERSONAL**
12     vs.                              ) **PRESENCE (FRCP 43)**
                                       )
13 TERESA MARTY,                       )
                                       )
14            Defendant.                )
                                       )
15 _____)

16      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Teresa

17 Marty hereby waives the right to be present in person in open court upon the hearing of any

18 motion or other proceeding n this case, including, but not limited to, when the case is set for

19 trial, when a continuance is ordered, and when any other action is taken by the court before or

20 after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

21 Defendant hereby requests the Court to proceed during every absence of her which the Court

22 may permit pursuant to this waiver; agrees that her interests will be deemed represented at all

23 times by the presence of her attorney, the same as if defendant were personally present, and

24 further agrees to be present in court ready for trial any day and hour the Court may fix in her

25 absence.

26 / / / / /

27 / / / / /

28 / / / / /

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: July 15, 2013  /s/ Teresa Marty
TERESA MARTY
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: July 15, 2013  /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
TERESA MARTY

**ORDER**

I approve the above waiver of presence.  IT IS SO ORDERED.

Dated: July 16, 2013

_____
Troy L. Nunley
United States District Judge

2

**Request for Waiver of Defendant's Personal Presence**