FILED

AUG 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
IGNACIO PEREZ DE LA CRUZ
Trial Attorney, Dept. of Justice, Tax Division
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 13-217 KJM |
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. § 286 - Conspiracy to Defraud; 18 U.S.C. § 287 - False Claims Against the United States (34 Counts); 18 U.S.C. § 1521 - Filing of False Retaliatory Liens (10 counts); 18 U.S.C. § 371 - Conspiracy to Defraud the IRS; 42 U.S.C. § 408 - Improper Disclosure of Social Security Number (10 Counts). |
| TERESA MARIE MARTY, REBECCA BANDERA-MARTY PAMELA ANN HARRIS, CHARLES J. TINGLER, and VICTORIA M. TINGLER, | |
| Defendants. | |

S U P E R S E D I N G  I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 286 - Conspiracy to Defraud]

The Grand Jury charges:

TERESA MARIE MARTY,
REBECCA BANDERA-MARTY, and
PAMELA ANN HARRIS,

defendants herein, as follows:

I. INTRODUCTION

1. Defendant TERESA MARIE MARTY, a licensed tax preparer in California, resided in Pollock Pines, CA. She owned and operated a tax preparation business named Advanced Financial Services ("AFS"),

in Placerville, California.

2. Defendant REBECCA BANDERA-MARTY, TERESA MARIE MARTY's daughter-in-law, resided in Shingle Springs, CA. She worked at AFS as a California licensed tax return preparer and notary.

3. Defendant PAMELA ANN HARRIS, resided in Placerville, California. She was the office manager at AFS.

4. Internal Revenue Service ("IRS") Forms 1099 were used to report, among other things, interest income and associated withholding to the IRS. "Original Issue Discount" (OID) income, typically reported on Forms 1099-OID, is a form of interest income typically realized on debt instruments that were issued at a discount to or purchased for less than the ultimate redemption value of the debt instrument.

5. IRS Forms 1096, titled "Annual Summary and Transmittal of U.S. Information Returns," are forms used to transmit various forms to the IRS, including IRS Forms 1099-OID.

6. The IRS was and is an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States of America.

## II. <u>OBJECT OF THE CONSPIRACY</u>

7. Beginning on or before June 2008, and continuing until at least on or about January 21, 2009, in the State and Eastern District of California, and elsewhere, defendants TERESA MARIE MARTY, REBECCA BANDERA-MARTY, and PAMELA ANN HARRIS (collectively "defendants"), with others known and unknown to the Grand Jury, agreed, combined and conspired with each other, to defraud the United States by obtaining and aiding to obtain the payment or allowance of false, fictitious, and fraudulent claims for themselves

and others by submitting false claims for an income tax refund to the United States Treasury Department through the IRS.

8. Defendants TERESA MARIE MARTY, REBECCA BANDERA-MARTY, and PAMELA ANN HARRIS caused at least 250 false income tax returns to be filed with the IRS.

9. The 250 returns together claimed more than $60,000,000 in false, fictitious, and fraudulent federal income tax refunds, filed on behalf of individuals who resided in twenty-six states.

10. Based upon those 250 false federal income tax returns that defendants TERESA MARIE MARTY, REBECCA BANDERA-MARTY and PAMELA ANN HARRIS filed or caused to be filed with the IRS, the IRS erroneously issued over 40 tax refunds, totaling over $8,000,000.

## III. MANNER AND MEANS

11. Defendants recruited clients for their tax fraud scheme by falsely representing to them that they could eliminate their debts and legally receive sizable tax refunds by submitting tax returns with IRS Forms 1099-OID.

12. Defendants requested and collected information from clients, maintained client files, and billed and collected excessive fees for this service, including $6,000 from one client.

13. Defendants then prepared and filed with the IRS fraudulent tax returns on behalf of the clients. These returns were fraudulent in that they falsely reported on IRS Forms 1099-OID that a client's total outstanding debt (including mortgage debt, credit limits from credit cards, student loans, auto loans and other debt) was actually interest income that the client had received from the lender; and further falsely reported that all of that interest income had been withheld by the IRS rather than being paid to the client, and that

the client was therefore entitled to the resulting tax refund.

14. Defendants prepared, or caused to be prepared, false tax returns for themselves and for clients, primarily for tax years 2005, 2006 and 2007.

15. On or about the dates listed below, defendant TERESA MARIE MARTY, as an "authorized representative," filed with the IRS fictitious IRS Forms 1096 and corresponding IRS Forms 1099-OID reporting fictitious federal income tax withholdings in the amounts listed below, which were purportedly issued by the financial institutions listed below:

| Date | Year | Indiv | Financial Institution | Withholding |
|---|---|---|---|---|
| 7/23/08 | 2007 | M.J.M | Countrywide Home Loans | $320,000 |
| 8/28/08 | 2005 | R.L. | U.S. Bank | $114,531.62 |
| 8/7/08 | 2005 | K.L.S. | Capital One Bank | $6,600 |
| 8/7/08 | 2006 | K.L.S. | Chase Bank USA | $770,000 |
| 8/11/08 | 2007 | M.K.M. | Bank of the West | $27,913 |
| 7/23/08 | 2007 | M.J.M. | Toyota Financial Services | $29,921.92 |
| 8/27/08 | 2007 | L.M. | HSBC Bank USA | $1,053.50 |
| 8/27/08 | 2007 | L.M. | HSBC Bank USA | $9,311.81 |
| 8/27/08 | 2007 | L.M. | HSBC Bank USA | $978.73 |
| 8/27/08 | 2007 | L.M. | HSBC Bank USA | $8,182.49 |
| 8/25/08 | 2007 | K.S. | Discover | $7,800 |
| 8/25/08 | 2007 | L.S. | Discover | $8,800 |
| 8/25/08 | 2007 | K.S. | United Health Group Center | $977.28 |

16. On or about the dates listed below, defendants TERESA MARIE MARTY and REBECCA BANDERA-MARTY, prepared, signed, and caused to be transmitted to the IRS false federal income tax returns claiming fraudulent refunds. These returns are shown below with the

taxpayers' initials, the Form number, the tax year, and the fraudulently claimed federal income tax refund:

| TAXPAYER | FILING DATE (FORM NUMBER) | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|
| S.S. | 12/15/08 (1040X) | 2005 | $52,517 |
| S.S. | 12/15/08 (1040X) | 2006 | $1,213,675 |
| J.L. & J.D. | 12/26/08 (1040X) | 2005 | $297,681 |
| J.L. & J.D. | 12/26/08 (1040X) | 2006 | $498,598 |
| J.L. & J.D. | 12/26/08 (1040) | 2007 | $424,274 |
| J.P. | 12/29/08 (1040X) | 2005 | $1,650,501 |
| J.P. | 12/29/08 (1040X) | 2006 | $877,398 |
| L.P. & S.P. | 12/30/08 (1040X) | 2005 | $486,809 |
| L.P. & S.P. | 12/30/08 (1040X) | 2006 | $634,371 |
| L.P. & S.P. | 12/30/08 (1040) | 2007 | $88,175 |
| V.E & E.A. | 1/12/09 (1040X) | 2005 | $268,992 |
| V.E & E.A. | 1/12/09 (1040X) | 2006 | $298,618 |
| V.E & E.A. | 1/12/09 (1040) | 2007 | $165,379 |
| D.T-F. | 1/13/09 (1040X) | 2005 | $39,264 |
| D.T-F. | 2/11/09 (1040X) | 2006 | $83,123 |
| D.T-F. | 2/11/09 (1040) | 2007 | $60,183 |

17. On or about the dates listed below, defendant TERESA MARIE MARTY, prepared, signed, and caused to be transmitted to the IRS false federal income tax returns claiming fraudulent refunds. These returns are described in the chart below by the taxpayers' initials, approximate filing date, Form number, tax year, and amount of fraudulently claimed federal income tax refund.

| TAXPAYER | FILING DATE (FORM NUMBER) | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|
| TERESA MARIE MARTY & M.J.M. | 8/6/08 (1040) | 2007 | $277,832 |
| C.B. & K.B. | 8/21/08 (1040) | 2007 | $217,615 |
| S.S.F. | 8/21/08 (1040X) | 2006 | $39,652 |
| S.S.F. | 8/21/08 (1040) | 2007 | $993,115 |
| K.L.S. | 9/18/08 (1040X) | 2006 | $522,875 |
| R.E.R. & E.L.R. | 10/6/08 (1040X) | 2007 | $313,248 |
| D.B.G. | 10/15/08 (1040) | 2007 | $350,765 |
| J.C. | 12/5/08 (1040X) | 2005 | $65,744 |
| J.C. | 12/5/08 (1040X) | 2006 | $67,216 |
| J.C. | 12/5/08 (1040) | 2007 | $355,418 |
| D.B.G. | 12/23/08 (1040X) | 2005 | $706,875 |
| D.B.G. | 12/23/08 (1040X) | 2006 | $76,965 |

| | | | |
|---|---|---|---|
| R.R.S. & S.R. | 12/24/08 (1040X) | 2005 | $170,391 |
| R.R.S. & S.R. | 12/24/08 (1040X) | 2006 | $172,387 |
| S.S.F. | 12/28/08 (1040X) | 2005 | $265,201 |
| M.C. & S.M.C. | 1/12/09 (1040X) | 2005 | $36,057 |
| S.M.C. | 1/12/09 (1040X) | 2006 | $51,666 |

18. On or about the dates listed below, defendants TERESA MARIE MARTY, REBECCA BANDERA-MARTY, and PAMELA ANN HARRIS caused the IRS to issue false refunds, in the amounts and for the individuals whose names or initials appear below:

| APPROXIMATE DATE REFUND ISSUED | INDIVIDUAL ON REFUND | REFUND AMOUNT |
|---|---|---|
| 8/15/08 | TERESA MARIE MARTY & M.J.M. | $277,832 |
| 10/6/08 | R.R. & E.R. | $313,248 |
| 10/24/08 | D.B.G. | $350,765 |
| 10/31/08 | C.B & K.B. | $217,615 |
| 11/14/08 | K.L.S. | $582,277 |
| 11/21/08 | C.J.T. & V.M.T. | $363,843 |
| 2/6/09 | J.C. | $264,442 |
| 3/13/09 | D.F.T. | $60,183 |

All in violation of Title 18, United States Code, Section 286.

///

///

///

///

///

<u>COUNTS TWO THROUGH SEVENTEEN</u>: [18 U.S.C. §§ 287 - False Claims Against the United States]

The Grand Jury further charges:

TERESA MARIE MARTY and
REBECCA BANDERA-MARTY,

defendants herein, as follows:

1. Paragraphs 1, 2, 4, 6 and 9 from Count One are incorporated herein by reference as if set forth in full.

2. On or about the dates set forth below, in the State and Eastern District of California, and elsewhere, defendants TERESA MARIE MARTY and REBECCA BANDERA-MARTY, together with others known and unknown to the Grand Jury, made and presented and caused to be made and presented claims to the United States Department of Treasury, Internal Revenue Service, for payment of fraudulent tax refunds in the amounts set forth below, with knowledge that the claims were false, fictitious, and fraudulent. The defendants made the false claims by submitting to the United States Department of the Treasury through the IRS, U.S. Individual Income Tax Returns, Forms 1040, and Amended U.S. Individual Income Tax Returns, Forms 1040X, as set forth below, for the tax years and on behalf of the individuals whose initials appear below, knowing that the claims were false, fictitious, and fraudulent, in that the individuals referred below were not entitled to the refund which was being requested.

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| TWO | S.S. | 12/15/08 (1040X) | 2005 | $52,517 |

| | | | | |
|---|---|---|---|---|
| THREE | S.S. | 12/15/08 (1040X) | 2006 | $1,213,675 |
| FOUR | J.L. & J.D. | 12/26/08 (1040X) | 2005 | $297,681 |
| FIVE | J.L. & J.D. | 12/26/08 (1040X) | 2006 | $498,598 |
| SIX | J.L. & J.D. | 12/26/08 (1040) | 2007 | $424,274 |
| SEVEN | J.P. | 12/29/08 (1040X) | 2005 | $1,650,501 |
| EIGHT | J.P. | 12/29/08 (1040X) | 2006 | $877,398 |
| NINE | L.P. & S.P. | 12/30/08 (1040X) | 2005 | $486,809 |
| TEN | L.P. & S.P. | 12/30/08 (1040X) | 2006 | $634,371 |
| ELEVEN | L.P. & S.P. | 12/30/08 (1040) | 2007 | $88,175 |
| TWELVE | V.E. & E.A. | 1/12/09 (1040X) | 2005 | $268,992 |
| THIRTEEN | V.E. & E.A. | 1/12/09 (1040X) | 2006 | $298,618 |
| FOURTEEN | V.E. & E.A. | 1/12/09 (1040) | 2007 | $165,379 |
| FIFTEEN | D.T-F. | 1/13/09 (1040X) | 2005 | $39,264 |
| SIXTEEN | D.T-F. | 2/11/09 (1040X) | 2006 | $83,123 |
| SEVENTEEN | D.T-F. | 2/11/09 (1040) | 2007 | $60,183 |

All in violation of Title 18, United States Code, Sections 287 and 2.

///

///

<u>COUNTS EIGHTEEN THROUGH THIRTY-FOUR</u>: [18 U.S.C. §§ 287; 2 - False Claims Against the United States]

The Grand Jury further charges:

TERESA MARIE MARTY,

defendant herein, as follows:

1. Paragraphs 1, 4, 6, 9 and 17 from Count One are incorporated herein by reference as if set forth in full.

2. On or about the dates set forth below, in the State and Eastern District of California, and elsewhere, defendant TERESA MARIE MARTY, together with others known and unknown to the Grand Jury, made and presented and caused to be made and presented claims to the United States Department of Treasury, Internal Revenue Service, for payment of fraudulent tax refunds in the amounts set forth below, with knowledge that the claims were false, fictitious, and fraudulent. The defendant made the false claims by submitting U.S. Individual Income Tax Returns, Forms 1040, and Amended U.S. Individual Income Tax Returns, Forms 1040X, as set forth below, to the United States Department of the Treasury through the IRS, for the tax years and on behalf of the individuals whose initials appear below, knowing that the claims were false, fictitious, and fraudulent, in that the named individuals below were not entitled to a refund which was being requested.

[redacted]

| | | | | |
|---|---|---|---|---|
| EIGHTEEN | TERESA MARIE MARTY & M.J.M. | 8/6/08 (1040) | 2007 | $277,832 |

| [redacted] | | | | |
|---|---|---|---|---|
| NINETEEN | C.B. & K.B. | 8/21/08 (1040) | 2007 | $217,615 |
| TWENTY | S.S.F. | 8/21/08 (1040X) | 2006 | $39,652 |
| TWENTY-ONE | S.S.F. | 8/21/08 (1040) | 2007 | $993,115 |
| TWENTY-TWO | K.L.S. | 9/18/08 (1040X) | 2006 | $522,875 |
| TWENTY-THREE | R.E.R. & E.L.R. | 10/6/08 (1040X) | 2007 | $313,248 |
| TWENTY-FOUR | D.B.G. | 10/15/08 (1040) | 2007 | $350,765 |
| TWENTY-FIVE | J.C. | 12/5/08 (1040X) | 2005 | $65,744 |
| TWENTY-SIX | J.C. | 12/5/08 (1040X) | 2006 | $67,216 |
| TWENTY-SEVEN | J.C. | 12/5/08 (1040) | 2007 | $355,418 |
| TWENTY-EIGHT | D.B.G. | 12/23/08 (1040X) | 2005 | $706,875 |
| TWENTY-NINE | D.B.G. | 12/23/08 (1040X) | 2006 | $76,965 |
| THIRTY | R.R.S. & S.R. | 12/24/08 (1040X) | 2005 | $170,391 |
| THIRTY-ONE | R.R.S. & S.R. | 12/24/08 (1040X) | 2006 | $172,387 |
| THIRTY-TWO | S.S.F. | 12/28/08 (1040X) | 2005 | $265,201 |
| THIRTY-THREE | M.C. & S.M.C. | 1/12/09 (1040X) | 2005 | $36,057 |
| THIRTY-FOUR | S.M.C. | 1/12/09 (1040X) | 2006 | $51,666 |

All in violation of Title 18, United States Code, Sections 287 and 2.

///

COUNT THIRTY-FIVE: [18 U.S.C. §§ 287 - False Claims Against the United States]

The Grand Jury further charges:

TERESA MARIE MARTY,
CHARLES J. TINGLER, and
VICTORIA M. TINGLER

defendants herein, as follows:

1. Paragraphs 1, 4, and 6 from Count One are incorporated herein by reference as if set forth in full.

2. Defendants CHARLES J. TINGLER and VICTORIA M. TINGLER were a married couple residing in Placerville, CA.

3. Defendants CHARLES J. TINGLER, and VICTORIA M. TINGLER were clients of AFS and of defendant TERESA MARIE MARTY.

4. On or about August 21, 2008, in the State and Eastern District of California, and elsewhere, defendants TERESA MARIE MARTY, CHARLES J. TINGLER and VICTORIA M. TINGLER, together with others known and unknown to the Grand Jury, made and presented and caused to be made and presented a claim to the United States, for payment of a fraudulent tax refund in the amount of $358,415, with knowledge that the claim was false, fictitious, and fraudulent. The defendants made the false claim by submitting an Amended U.S. Individual Income Tax Return, Form 1040X, to the United States Treasury Department through the IRS, for the tax year 2007, on behalf of defendants CHARLES J. TINGLER and VICTORIA M. TINGLER, knowing that the claim was false, fictitious, and fraudulent, in that defendants CHARLES J. TINGLER and VICTORIA M. TINGLER were not entitled to the refund which was being requested.

All in violation of Title 18, United States Code, Sections 287 and 2.

<u>COUNTS THIRTY-SIX THROUGH THIRTY-EIGHT</u>: [18 U.S.C. §§ 1521 - Retaliatory Liens Against Federal Employees]

The Grand Jury further charges:

TERESA MARIE MARTY,

defendant herein, as follows:

1. Paragraphs 1 and 6 from Count One are incorporated herein by reference as if set forth in full.

2. On or about January 20, 2009, the IRS assessed defendant TERESA MARIE MARTY with a tax due and owing in the approximate amount of $388,735.08 for tax year 2007.

3. D.H.P. are the initials of the IRS revenue officer assigned to collect the tax due and owing from defendant TERESA MARIE MARTY owed for tax year 2007. As part of his official duties, D.H.P. prepared a notice of jeopardy levy on behalf of the IRS, that attached to among other things, bank accounts controlled by defendant TERESA MARIE MARTY.

4. D.P.A. are the initials of an IRS compliance director. As part of his official duties, D.P.A. signed the notice of jeopardy levy.

5. R.S. are the initials of an IRS appeals officer. As part of his official duties, R.S. supervised the IRS Appeals Office that reviewed an appeal filed by defendant TERESA MARIE MARTY challenging the notice of jeopardy levy.

6. On or about December 23, 2009, in the State and Eastern District of California, defendant TERESA MARIE MARTY, filed, attempted to file, and caused to be filed in the public record with the Office of the California Secretary of State false liens and encumbrances, *to wit*, "Notice[s] of Claim of Maritime Lien," against

the property of each of the employees of the United States listed in the chart below by their initials, on account of the performance of their official duties, knowing and having reason to know that such liens and encumbrances were false, in that each lien contained a materially false, fictitious, and fraudulent statement and representation: that defendant TERESA MARIE MARTY had a claim against each of them in the amount of at least $6,000,000.

| **COUNT** | **Government Employee** |
|---|---|
| THIRTY-SIX | D.H.P. |
| THIRTY-SEVEN | D.P.A. |
| THIRTY-EIGHT | R.S. |

All in violation of Title 18, United States Code, Sections 1521 and 2.

<u>COUNTS THIRTY-NINE AND FORTY</u>: [18 U.S.C. §§ 1521 - Retaliatory Liens Against Federal Employees]

The Grand Jury further charges:

TERESA MARIE MARTY,

defendant herein, as follows:

1. Paragraphs 1 and 6 from Count One are incorporated herein by reference as if set forth in full.

2. On or about March 3, 2009, the United States filed a lawsuit in federal district court in Sacramento, within the State and Eastern District of California to enjoin defendant TERESA MARIE MARTY and AFS from preparing tax returns ("the Injunction Suit").

3. J.R.M. are the initials of a trial attorney from the United States Department of Justice, Tax Division. As part of his official duties, J.R.M. filed and litigated the Injunction Suit against

defendant TERESA MARIE MARTY.

4. L.B. are the initials of the Acting United States Attorney for the Eastern District of California. As part of his official duties, L.B.'s name appeared in court filings made by the United States in the Injunction Suit.

5. On or about December 23, 2009, in the State and Eastern District of California, defendant, TERESA MARIE MARTY, filed, attempted to file, and caused to be filed in the public record with the Office of the California Secretary of State false liens and encumbrances, *to wit*, "Notice[s] of Claim of Maritime Lien," against the property of each of the employees of the United States listed in the chart below by their initials, on account of the performance of their official duties, knowing and having reason to know that such liens and encumbrances were false, in that each lien contained a materially false, fictitious, and fraudulent statement and representation: that defendant TERESA MARIE MARTY had a claim against each of them in the amount of at least $84,000,000.

| COUNT | Government Employee |
|---|---|
| THIRTY-NINE | J.R.M |
| FORTY | L.B. |

All in violation of Title 18, United States Code, Sections 1521 and 2.

<u>COUNTS FORTY-ONE AND FORTY-TWO</u>: [18 U.S.C. §§ 1521 - Retaliatory Liens Against Federal Employees]

The Grand Jury further charges:

TERESA MARIE MARTY and
VICTORIA M. TINGLER

defendants herein, as follows:

1. Paragraphs 1 and 6 from Count One are incorporated by reference as if set forth in full.

2. Paragraphs 2 and 3 from Count Thirty-Five are incorporated by reference as if set forth in full.

3. Paragraphs 2 and 3 from Counts Thirty-Six through Thirty-Eight are incorporated by reference as if set forth in full.

4. On or about March 3, 2009, the IRS assessed Charles J. Tingler, charged elsewhere, and defendant VICTORIA M. TINGLER with a tax due and owing in the approximate amount of $363,843.39 for tax year 2007.

5. On or about March 16, 2009, IRS revenue officer D.H.P. was assigned to collect the tax due and owing from Charles J. Tingler and defendant VICTORIA M. TINGLER for the tax year 2007. As part of his official duties, D.H.P. processed various documents against Charles J. Tingler and defendant VICTORIA M. TINGLER, including a notice of jeopardy levy, a letter demanding payment of tax due, and a notice of federal tax lien.

6. On or about June 30, 2009, July 31, 2009, September 9, 2009, September 22, 2009, and October 12, 2009, defendant VICTORIA M. TINGLER signed, and caused to be sent to D.H.P., correspondence in which, among other things, she alleged that D.H.P. owed her $6,000,000 and demanded payment.

7. On or about January 25, 2010, in the State and Eastern District of California, the defendants TERESA MARIE MARTY and VICTORIA M. TINGLER, aiding and abetting each other, filed, attempted to file, and caused to be filed in the public record with the Office of the California Secretary of State two false liens and

encumbrances, *to wit*, "Notice[s] of Claim of Maritime Lien," against the property of D.H.P., an employee of the United States, on account of the performance of D.H.P.'s official duties, knowing and having reason to know that such liens and encumbrances were false, in that each lien contained a materially false, fictitious, and fraudulent statement and representation: that VICTORIA M. TINGLER had a claim against D.H.P. in the amounts shown below.

| **COUNT** | **Amount on the lien** |
|---|---|
| FORTY-ONE | $5,500,000 |
| FORTY-TWO | $500,000 |

All in violation of Title 18, United States Code, Sections 1521 and 2.

COUNTS FORTY-THREE THROUGH FORTY-FIVE: [18 U.S.C. §§ 1521 - Retaliatory Liens Against Federal Employees]

The Grand Jury further charges:

CHARLES J. TINGLER

defendant herein, as follows:

1. Paragraphs 1 and 6 from Count One are incorporated by reference as if set forth in full.

2. Paragraphs 2 and 3 from Count Thirty-Five are incorporated by reference as if set forth in full.

3. Paragraphs 2 and 3 from Counts Thirty-Six through Thirty-Eight are incorporated by reference as if set forth in full.

4. Paragraphs 4 and 5 from Counts Forty-One and Forty-Two are incorporated by reference as if set forth in full.

5. On or about June 30, 2009, July 31, 2009, August 25, 2009, September 9, 2009, and September 22, 2009, defendant CHARLES J. TINGLER signed and caused to be sent to D.H.P., correspondence in

which, among other things, he alleged that D.H.P. owed him $6,000,000 and demanded payment.

6. On or about the dates listed below, in the State and Eastern District of California, the defendant CHARLES J. TINGLER, filed, attempted to file, and caused to be filed in the public record with the Office of the California Secretary of State three false liens and encumbrances, to wit, "Notice[s] of Claim of Maritime Lien," against the property of D.H.P., an employee of the United States, on account of the performance of D.H.P.'s official duties, knowing and having reason to know that such liens and encumbrances were false, in that each lien contained a materially false, fictitious, and fraudulent statement and representation: that CHARLES J. TINGLER had a claim against D.H.P. in the amounts shown below.

| **COUNT** | **Filing Date** | **Amount on the lien** |
|---|---|---|
| FORTY-THREE | 11/30/09 | $6,000,000 |
| FORTY-FOUR | 1/25/10 | $5,500,000 |
| FORTY-FIVE | 1/25/10 | $500,000 |

All in violation of Title 18, United States Code, Sections 1521 and 2.

COUNT FORTY-SIX: [18 U.S.C. § 371 - Conspiracy to Defraud the United States]

The Grand Jury further charges:

TERESA MARIE MARTY,
PAMELA ANN HARRIS and
CHARLES J. TINGLER

defendants herein, as follows:

1. Paragraphs 1, 3, and 6 from Count One are incorporated by reference as if set forth in full.

2. Paragraphs 2 and 3 from Count Thirty-Five are incorporated by reference as if set forth in full.

3. Paragraphs 2 and 3 from Counts Thirty-Six to Thirty-Eight are incorporated by reference as if set forth in full.

4. Paragraphs 4-6 from Counts Forty-one and Forty-Two are incorporated by reference as if set forth in full.

5. Paragraph 5 from Counts Forty-Three and Forty-Two are incorporated by reference as if set forth in full.

6. Credit Bureau Associates (CBA) was a debt collection agency located in Fairfield, CA.

7. Orion's Edger LLC ("Orion's") was an entity that defendant TERESA MARIE MARTY controlled and under which she did business.

## I. OBJECT OF THE CONSPIRACY

8. From on or about June 30, 2009, the exact date being unknown to the Grand Jury, and continuing thereafter up to at least February 18, 2010, in the State and Eastern District of California, defendants TERESA MARIE MARTY, PAMELA ANN HARRIS and CHARLES J. TINGLER, did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

## II. MANNER AND MEANS OF THE CONSPIRACY

9. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

10. Sending correspondence to D.H.P. demanding, among other things, that D.H.P. pay $6,000,000 to defendant CHARLES J. TINGLER.

11. Filing false liens against the property of D.H.P.

12. Hiring a collection agency to collect the false debts allegedly owed by D.H.P. to defendant CHARLES J. TINGLER.

III. OVERT ACTS

13. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts were committed in the State and Eastern District of California, and elsewhere:

14. On or about June 30, 2009, July 31, 2009, August 25, 2009, September 9, 2009, and September 22, 2009, defendant CHARLES J. TINGLER signed correspondence in which, among other things, he alleged that D.H.P. owed him $6,000,000 and demanded payment.

15. On or about June 30, 2009, July 31, 2009, August 25, 2009, September 9, 2009, and September 22, 2009, defendant CHARLES J. TINGLER mailed or caused to be mailed correspondence in which, among other things, he alleged that D.H.P. owed him $6,000,000 and demanded payment.

16. On or about November 30, 2009, and January 25, 2010, defendant CHARLES J. TINGLER caused the filing of the three liens charged in Counts Forty-Three through Forty-Five.

17. On or about October 2009, defendant PAMELA ANN HARRIS contacted CBA to inquire about their collection services.

18. On or about November 2, 2009, defendants TERESA MARIE MARTY, PAMELA ANN HARRIS and CHARLES J. TINGLER signed a fictitious private registered offset and discharge bond with a face value of $3,000,000 and caused it to be mailed to United States Secretary of the Treasury Timothy F. Geithner. Defendants signed the bond as

principal, witness and surety, respectively.

19. On or about November 16, 2009, defendant TERESA MARIE MARTY entered into a contract with CBA for the collection of debts.

20. On or about November 20, 2009, defendant CHARLES J. TINGLER signed a "Notice of Maritime Lien" listing himself as the creditor and D.H.P. as the debtor in the amount of $6,000,000. The maritime lien listed the social security number of D.H.P. and his home address.

21. On or about November 30, 2009, defendant CHARLES J. TINGLER caused the $6,000,000 "Notice of Maritime Lien" to be filed with the California Secretary of State.

22. On or about January 21, 2010, defendant CHARLES J. TINGLER signed a "Notice of Maritime Lien" listing himself as the creditor and D.H.P. as the debtor in the amount of $5,500,000. The maritime lien listed the social security number of D.H.P. and his home address.

23. On or about January 21, 2010, defendant CHARLES J. TINGLER signed a "Notice of Maritime Lien" listing himself as the creditor and D.H.P. as the debtor in the amount of $500,000. The maritime lien listed the social security number of D.H.P. and his home address.

24. On or about January 25, 2010, defendant CHARLES J. TINGLER caused the $5,500,000 "Notice of Maritime Lien" to be filed with the California Secretary of State.

25. On or about January 25, 2010, defendant CHARLES J. TINGLER caused a $500,000 "Notice of Maritime Lien" to be filed with the California Secretary of State.

26. On or about January 26, 2010, defendant PAMELA ANN HARRIS

provided CBA with a worksheet requesting that CBA collect a debt of $500,000 from D.H.P. and providing CBA the home address, social security number, and telephone number of D.H.P.

27. On or about February 15, 2010, defendant PAMELA ANN HARRIS sent CBA a letter in which she forwarded the June 30, 2009 letter that defendant CHARLES J. TINGLER had sent to D.H.P. and advised that D.H.P. was "sent 3 notices prior to the lien being done. I hope this helps."

28. On or about February 18, 2010, defendant PAMELA ANN HARRIS sent CBA a letter in which she forwarded copies of the July 31, 2009, the August 25, 2009, and the September 25, 2009 letters that defendant CHARLES J. TINGLER had sent to D.H.P.

All in violation of Title 18, United States Code, Sections 371 and 2.

<u>COUNTS FORTY-SEVEN THROUGH FIFTY-ONE</u>: [42 U.S.C. §§ 408(a)(8); 18 U.S.C.§ 2 - Unauthorized Disclosure/Use of Social Security Number]

The Grand Jury further charges:

TERESA MARIE MARTY,

defendant herein, as follows:

1. Paragraph 1 from Count One is incorporated herein by reference as if set forth in full.

2. Paragraphs 2-5 from Counts Thirty-Six through Thirty-Eight are incorporated by reference as if set forth in full.

3. Paragraphs 2-4 from Counts Thirty-Nine through Forty are incorporated by reference as if set forth in full.

4. On or about December 23, 2009, in the State and Eastern District of California, defendant TERESA MARIE MARTY disclosed,

used, and compelled the disclosure of the social security number of a person in violation of the laws of the United States, to wit, defendant TERESA MARIE MARTY filed, attempted to file, and caused to be filed in the public record, with the California Secretary of State, false liens and encumbrances, to wit, "Notice[s] of Claim of Maritime Lien," against the property of each employee of the United States listed below in the chart by their initials, on account of each individual's performance of his official duties, knowing and having reason to know that each such lien and encumbrance was false in that each lien contained a materially false, fictitious, and fraudulent statement and representation that defendant TERESA MARIE MARTY had a claim against each individual in the amounts listed in the chart below by their initials, and in filing such false liens, defendant TERESA MARIE MARTY used and disclosed publicly the social security number of each employee of the United States:

| COUNT | Initials of Victim | Amount on the lien |
|---|---|---|
| FORTY-SEVEN | D.H.P. | $6,000,000 |
| FORTY-EIGHT | D.P.A. | $6,000,000 |
| FORTY-NINE | R.S. | $6,000,000 |
| FIFTY | J.R.M. | $84,000,000 |
| FIFTY-ONE | L.B. | $84,000,000 |

All in violation of Title 42, United States Code, Section 408(a)(8) and Title 18, United States Code, Section 2.

<u>COUNTS FIFTY-TWO AND FIFTY-THREE</u>: [42 U.S.C. §§ 408(a)(8); 18 U.S.C.§ 2 - Unauthorized Disclosure/Use of Social Security Number]

The Grand Jury further charges:

TERESA MARIE MARTY and
VICTORIA M. TINGLER,

defendants herein, as follows:

1. Paragraph 1 from Count One is incorporated herein by reference as if set forth in full.

2. Paragraphs 2 and 3 from Count Thirty-Five are incorporated by reference as if set forth in full.

3. Paragraphs 2 and 3 from Counts Thirty-Six through Thirty-Eight are incorporated by reference as if set forth in full.

4. Paragraphs 4-6 from Counts Forty-One and Forty-Two are incorporated by reference as if set forth in full.

5. On or about January 25, 2010, in the State and Eastern District of California, defendants TERESA MARIE MARTY and VICTORIA M. TINGLER disclosed, used, and compelled the disclosure of the social security number of a person in violation of the laws of the United States, to wit, defendants TERESA MARIE MARTY and VICTORIA M. TINGLER filed, attempted to file, and caused to be filed in the public record, with the California Secretary of State, false liens and encumbrances, to wit, "Notice[s] of Claim of Maritime Lien," against the property of D.H.P., an employee of the United States, on account of the performance of D.H.P.'s official duties, knowing and having reason to know that each such lien and encumbrance was false in that each lien contained a materially false, fictitious, and fraudulent statement and representation that defendant VICTORIA M. TINGLER had a claim against D.H.P., in the amounts listed on the chart below, and in filing such false liens, defendants TERESA MARIE MARTY and VICTORIA M. TINGLER used and disclosed publicly the social security number of D.H.P.

| COUNT | Amount on the lien |
|---|---|
| FIFTY-TWO | $5,500,000 |
| FIFTY-THREE | $500,000 |

All in violation of Title 42, United States Code, Section 408(a)(8) and Title 18, United States Code, Section 2.

COUNTS FIFTY-FOUR THROUGH FIFTY-SIX: [42 U.S.C. §§ 408(a)(8); 18 U.S.C.§ 2 - Unauthorized Disclosure/Use of Social Security Number]

The Grand Jury further charges:

CHARLES J. TINGLER,

defendant herein, as follows:

1. Paragraph 2 from Count Thirty-Five is incorporated by reference as if set forth in full.

2. Paragraph 3 from Counts Thirty-Six through Thirty-Eight is incorporated by reference as if set forth in full.

3. Paragraphs 4 and 5 from Counts Forty-One and Forty-Two are incorporated by reference as if set forth in full.

4. Paragraph 5 from Counts Forty-Three through Forty-Five is incorporated by reference as if set forth in full.

5. On or about the dates listed below, in the State and Eastern District of California, defendant CHARLES J. TINGLER disclosed, used, and compelled the disclosure of the social security number of a person in violation of the laws of the United States, to wit, defendant CHARLES J. TINGLER filed, attempted to file, and caused to be filed in the public record, with the California Secretary of State, false liens and encumbrances, to wit, "Notice[s]

of Claim of Maritime Lien," against the property of D.H.P., an employee of the United States, on account of the performance of D.H.P.'s official duties, knowing and having reason to know that each such lien and encumbrance was false in that each lien contained a materially false, fictitious, and fraudulent statement and representation that defendant CHARLES J. TINGLER had a claim against D.H.P., in the amounts listed on the chart below, and in filing such false liens, defendant CHARLES J. TINGLER used and disclosed publicly the social security number of D.H.P.

| COUNT | Date | Amount on the lien |
|---|---|---|
| FIFTY-FOUR | 11/30/09 | $6,000,000 |
| FIFTY-FIVE | 1/25/10 | $5,500,000 |
| FIFTY-SIX | 1/25/10 | $500,000 |

All in violation of Title 42, United States Code, Section 408(a)(8) and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

*No.* ___________

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**THE UNITED STATES OF AMERICA**
*vs.*

TERESA MARIE MARTY,
REBECCA BANDERA-MARTY,
PAMELA ANN HARRIS,
CHARLES J. TINGLER, and
VICTORIA M. TINGLER

## S U P E R S E D I N G I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 286 - Conspiracy to Defraud; 18 U.S.C. § 287 - False Claims Against the United States (34 Counts); 18 U.S.C. § 1521 - Retaliatory Liens Against Federal Employees (10 counts); 18 U.S.C. § 371 - Conspiracy to Defraud the IRS; 42 U.S.C. § 408 - Unauthorized Disclosure/Use of Social Security Number (10 Counts)

*A true* bill, /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* _____15_______ *day*

*of* ___August_____, *A.D.* 20 13___

*Clerk.* Defs. Charles Tingler & Victoria Tingler, Bench Warrants — Bail to be determined at hearing. Other Defs. No process necessary.

*Bail, $* ________ [illegible signature]

PENALTY SLIP

TERESA MARIE MARTY – Counts 1 thru 42, and 46 thru 53
REBECCA BANDERA-MARTY – Counts 1 thru 17
PAMELA ANN HARRIS – Counts 1 and 46
CHARLES J. TINGLER – Counts 35, 43 thru 46, and 54 thru 56
VICTORIA M. TINGLER – Counts 35, 41 thru 42, and 52 thru 53

COUNT ONE

Violation: 18 U.S.C. § 286 – Conspiracy to Defraud
Penalty: Not more than 10 Years Imprisonment,
$250,000 Fine or both;
3Years TSR

COUNTS TWO thru THIRTY-FIVE

Violation: 18 U.S.C. §§ 287; 2 – False Claims Against the United States
Penalty: Not more than 5 Years Imprisonment,
$250,000 Fine or both;
3 Years TSR

COUNT THIRTY-SIX thru FORTY-FIVE

Violation: 18 U.S.C. §§ 1521; 2 – Retaliatory Liens Against Federal Employees
Penalty: Not more than 10 Years Imprisonment,
$250,000 Fine or both;
3 Years TSR

COUNT FORTY-SIX

Violation: 18 U.S.C. §371 – Conspiracy to Defraud the United States
Penalty: Not more than 5 Years Imprisonment,
$250,000 Fine or both;
3 Years TSR

COUNT FORTY-SEVEN thru FIFTY-SIX

Violation: 42 U.S.C. §408(a)(8); 18 U.S.C. §2 – Unauthorized Disclosure/Use of Social Security Number

Penalty: Not more than 5 Years Imprisonment,
$250,000 Fine or both;
3 Years TSR

COURT ASSESSMENT: $100 each count