McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA MARIE MARTY,<br><br>Defendant. | CASE NO. 2:13-CR-00217-KJM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 17, 2020. Docket No. 227. Pursuant to Local Rule, the government's response is due on November 24, 2020, with any reply from the defendant due on November 27, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before December 4, 2020;

b) The defendant's reply to the government's response to be filed on or before December 11, 2020.

IT IS SO STIPULATED.

| Dated: November 19, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ MATTHEW D. SEGAL<br>MATTHEW D. SEGAL<br>Assistant United States Attorney |
| Dated: November 19, 2020 | /s/ TIMOTHY ZINDEL<br>TIMOTHY ZINDEL<br>Counsel for Defendant<br>TERESA MARIE MARTY |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, ECF No. 227, is due on December 4, 2020;

b) The defendant's reply to the government's response, if any, is due on December 11, 2020.

IT IS SO FOUND AND ORDERED this 23rd day of November, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE